# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| GARDINER-PARK COUNTY WATER AND SEWER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PARK SERVICE, an Agency of the United States Department of Interior, YELLOWSTONE NATIONAL PARK and JOHN DOES 1-10,<br><br>Defendants. | CV 16-175-BLG-SPW-TJC<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

Upon the Plaintiff's Notice of Dismissal Without Prejudice (Doc. 18), and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of June, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1